| | |
|---|---|
| 1 | MARC E. MAYER (SBN 190969) |
| | mem@msk.com |
| 2 | JILL P. RUBIN (SBN 240019) |
| | jpr@msk.com |
| 3 | MITCHELL SILBERBERG & KNUPP LLP |
| | 11377 West Olympic Boulevard |
| 4 | Los Angeles, California 90064-1683 |
| | Telephone:  (310) 312-2000 |
| 5 | Facsimile:   310) 312-3100 |
| 6 | Attorneys for Plaintiff |
| | Blizzard Entertainment, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC. a Delaware Corporation,<br><br>Blizzard,<br><br>v.<br><br>MICHAEL VANKUIPERS a/k/a "Perma" or "Permaphrost," an individual; MICHAEL SIMPSON a/k/a Matt Cooper, a/k/a Cranix" and "Cranyx"; JOHN ROE a/k/a "linuxawesome" and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO.  CV 10-1495 CJC (MCGx)<br><br>Honorable Cormac J. Carney<br><br>**DECLARATION OF JILL P. RUBIN IN SUPPORT OF *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY TO LEARN THE IDENTITIES OF DEFENDANTS** |

# DECLARATION OF JILL P. RUBIN

I, Jill P. Rubin, hereby declare and state as follows:

1.  I am an attorney duly licensed to practice law in the State of California and before this Court. I am an attorney with the law firm of Mitchell Silberberg & Knupp LLP, counsel of record for Plaintiff Blizzard Entertainment, Inc.. I make this Declaration in support of Blizzard's *Ex Parte* Application For Leave to Take Immediate Discovery to Learn The Identities of Defendants ("Application"). I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

2.  In mid-September 2010 Blizzard provided me with a report created by its investigators regarding the identity of the individual suspected of being the source of the "CraniX Maphack." – a "map hack" of Blizzard's computer game "StarCraft II." The report identified an individual named Michael Simpson a/k/a Matt Cooper a/k/a "Cranix," a/k/a "Cranyx" (Defendant "Cranix")who was associated with the email addresses biovirus@hotmail.com and cranix@gmail.com. The report also provided that, as of September 1, 2010, the "CraniX Maphack" could be purchased though www.sc2hackdev.org via a PayPal account linked to a payee account for an individual purportedly named "Michael Simpson" with the email address cranix@gmail.com. The investigator's report also identified an address in Banff, Canada as a likely location for Defendant "Cranix."

3.  At this time, Blizzard informed me that their representatives had reviewed registrant and billing information for battle.net (Blizzard's online service for which all users of StarCraft 2 must register before playing) and that the email address biovirus@hotmail.com was associated with a user purportedly named "Matt Cooper," with a purported address in Victoria, Canada, and the email address cranix@gmail.com was associated with a user purportedly named "Matt

Cooper" with a different purported address in Victoria, Canada. These address were determined to be false.

4. On September 22, 2010, I sent a cease and desist letter to Defendant "Cranix," at biovirus@hotmail.com and cranix@gmail.com demanding that he cease further dissemination of the "CraniX Maphack" and that he provide Blizzard with an accounting of his profits in connection with the "CraniX Maphack." Exhibit 1 is a true and correct copy of this correspondence.

5. Defendant "Cranix" did not respond to Blizzard's counsel directly and instead on or about October 14, 2010 stated in a forum on the Hack Website, that he "got a C&D letter about 2 months ago that I chose to ignored[sic] for reasons, I & my lawyer found it very non threatening & amusing." Exhibit 2 is a true and correct copy of a screenshot of this post.

6. On October 4, 2010, Blizzard filed this Action naming, inter alia, Defendant Michael Simpson a/k/a Matt Cooper a/k/a "Cranix," a/k/a "Cranyx."

7. Based on the information provided by Blizzard, counsel for Blizzard engaged a process server to personally serve Defendant "Cranix" at the Banff address on October 6, 2010. However, counsel for Blizzard was informed by the process server that the residents at the Banff address did not know either "Michael Simpson" or "Matt Cooper." They further stated that they had lived at the address for two years. Additionally, the process server informed me that he had no reason to disbelieve the residents.

8. After I informed Blizzard of the unsuccessful attempt to serve Defendant "Cranix" in Banff, Blizzard informed me that it would investigate the matter further. Shortly thereafter, Blizzard informed me that it had reviewed its Battle.net information regarding Defendant "Cranix" and discovered that its Internet Protocol (IP) information for the battle.net account associated with the email address biovirus@hotmail.com was associated with an address in Kanata, Canada. Blizzard also informed me that it had run search of the public directory in

Canada and determined that an individual named Michael Simpson lived in Kanata, Canada.

9. Based on the information provided by Blizzard, counsel for Blizzard engaged a process server to personally serve Defendant "Cranix" at the Kanata address on October 7, 2010. However, counsel for Blizzard was informed by the process server that the resident at the Kanata address that although a Michael Simpson had lived there previously, he had moved, possibly to the area of Newmarket, Canada.

10. After I informed Blizzard of the unsuccessful attempt to serve Defendant "Cranix" in Kanata, Blizzard informed me that it would investigate the matter further.

11. In early November, 2010, Blizzard informed me that as a result of its investigation, it had determined that it was highly unlikely that the individual named Michael Simpson in Newmarket was Defendant "Cranix" Blizzard further informed me that it had determined that while there was no individual named Michael Simpson living in Banff, Canada.

12. On November 9, 2010, counsel for Blizzard emailed a copy of the Complaint to cranix@gmail.com and biovirus@hotmail.com. Attached as Exhibit 3 is a true and copy of this correspondence. Again, Defendant "Cranix" did not directly respond to Blizzard's counsel and instead, stated on a web forum on the Hacks Website that he "had a rock solid TOS agreement" and that Blizzard should "come f*** with [him]." Exhibit 4 is a true and correct copy of a screenshot of this post.

13. At this time, counsel for Blizzard again reviewed the website www.2hackdev.org. The owners and operators of the www.sc2hackdev.org website do not in any way identify themselves by name on their website. As of December 7, 2010, access to the website is only available for registered users pursuant to a Term of Use agreement which prohibits use by any employees of

Mitchell Silberberg & Knupp LLP
3317070.1

4

Activision Blizzard, Activision, Blizzard, or Vivendi or anyone who "knows" any such individuals. Exhibit 5 is a true and correct copy of the purported Terms of Use for the Hacks Website.

14. In a further attempt to learn the identities of the owners and operators of www.sc2hackdev.org, counsel for Blizzard again conducted a "WHOIS" search. "WHOIS" is a standard search query that is widely used for querying a database in order to determine information about a website and its owners and operations. A "WHOIS" search can be used to determine the owner of a particular website, the Internet Protocol ("IP") address of that website, the Internet Service Provider ("ISP") of that website, the registrar for that website, the registrant of that website and other relevant information about that website. An IP address is a unique address that computers use in order to identify and communicate with each other on a computer network utilizing the Internet Protocol standard. An ISP is a business or organization that provides access to the Internet and related services, including Internet transit, domain name registration and hosting, web hosting and colocation. ISPs maintain "user activity logs" that match an IP address (along with date and time) with particular subscribers. However, ISPs typically retain such user activity logs for only a limited period of time – sometimes for as little as a few days – before erasing the data.

15. Based on my review of the "WHOIS" information publicly available for www.sc2hackdev.org, I learned that: (a) CrowdGather, Inc., is the entity listed as the registrant organization for sc2hackdev.org; (b) Guarav Singh is the individual listed as the registrant for sc2hackdev.org; (c) eNom, Inc. is the company through which www.sc2hackdev.org is registered; and (d) Alchemy Communications is the company which hosts sc2hackdev.org. Attached hereto as Exhibit 6 is a true and correct copy of a "WHOIS" requuest for sc2hackdev.org conducted by me on November 23, 2010.

Mitchell Silberberg & Knupp LLP

3317070.1

5

16. By viewing the source code for www.sc2hackdev.org as of November 23, 2010, I was able to determine that some of the advertisements on the www.sc2hackdev.org website are provided by Google, Inc.  Attached hereto as Exhibit 7 is a true and correct copies of screenshots of the relevant portions of the source code for www.sc2hackdev.org website showing the website's serving of ads through the services of the above-mentioned companies.

17. On or about December 1, 2010, Defendant "Cranix" posted a statement on sc2hackdev.org that he is now "dedicating all [his] time to private hack stability & undetectibility" and implementing a "secure authorization process" to prevent "leaks" of his hacks.  Attached hereto as Exhibit 8 is a true and correct redacted copy of a screenshot of this post.  This post also contained an embedded link to a youtube.com video, available at http://www.youtube.com/watch?v=K7jjdT2AoFQ, posted by user "MrBCMarijuana" which provided instructions on the Hacks.  Attached hereto as Exhibit 8 is a true and correct copy of a screenshot of this webpage.  By clicking on link on this webpage, I was able to access "MrBCMarijuana's" youtube.com user page, available at http://www.youtube.com/user/MrBCMarijuana, which is entitled "CraniX's Lair" which identifies user "CraniX" as an individual living in Victoria, British Columbia, Canada.  Attached hereto as Exhibit 9 is a true and correct copy of a screenshot of this webpage.

18. On December 13, 2010, I sent a copy of the Application to CrowdGather, Inc. and Guarav Singh as an attachment to a letter that was sent by FedEx to CrowdGather, Inc. and Guarav Singh., 20300 Ventura Boulevard, Woodland Hills, California 91364, and by email to info@crowdgather.com.

19. On December 13, 2010, I sent a copy of the Application to eNom, Inc. as an attachment to a letter that was sent by FedEx to eNom, Inc., 15801 NE 24th St., Bellevue, Washington 98008, and by email to legal@enom.com.

20. On December 13, 2010, I sent a copy of the Application to PayPal, Inc. as an attachment to a letter that was sent by email to asand@ebay.com.

21. On December 13, 2010, I sent a copy of the Application to Microsoft Corp., as an attachment to a letter that was sent by FedEx to Microsoft Corporation, Attn: Legal, One Microsoft Way, Redmond, Washington 98052-6399.

22. On December 13, 2010, I sent a copy of the Application to Alchemy Communications, as an attachment to a letter that was sent by FedEx to 1200 W 7th St # L1100, Los Angeles, California 90017-2390.

23. On December 13, 2010, I sent a copy of the Application to AppNexus. Inc., as an attachment to a letter that was sent by FedEx to 37 East 18th Street, 8th Floor, New York, New York 10003.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 13th day of December, 2010, at Los Angeles, California.

_____
JILL P. RUBIN