1  MARC E. MAYER (SBN 190969)
   mem@msk.com
2  JILL P. RUBIN (SBN 240019)
   jpr@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, California 90064-1683
   Telephone:   (310) 312-2000
5  Facsimile:   (310) 312-3100

6  Attorneys for Plaintiff
   Blizzard Entertainment, Inc.

7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11 BLIZZARD ENTERTAINMENT, INC.           CASE NO.  CV 10-1495 CJC (MCGx)
   a Delaware Corporation,
12                                         The Honorable Cormac J. Carney
                Blizzard,
13                                         **[PROPOSED] ORDER *EX PARTE*
        v.                                 APPLICATION AND *EX PARTE*
14                                         APPLICATION OF BLIZZARD
   MICHAEL VANKUIPERS a/k/a                ENTERTAINMENT, INC. FOR
15 "Perma" or "Permaphrost," an            LEAVE TO TAKE IMMEDIATE
   individual; MICHAEL SIMPSON a/k/a       DISCOVERY RE: SERVICE OF
16 Matt Cooper, a/k/a Cranix" and          DEFENDANTS**
   "Cranyx"; JOHN ROE a/k/a
17 "linuxawesome" and DOES 1 through
   10, inclusive.
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

3332985.1

1    After full consideration of the *Ex Parte* Application Of Blizzard

2    Entertainment, Inc. For Leave To Take Immediate Discovery Re: Service Of

3    Defendants, including the supporting declarations and exhibits thereto, and good

4    cause having been shown therefore,

5    IT IS ORDERED that, as of the date of this Order, Plaintiff may serve,

6    pursuant to Federal Rule of Civil Procedure 45, subpoenas for the production of

7    documents and depositions for the purpose of learning the true identities,

8    whereabouts, and legal status of Defendant Michael Simpson a/k/a Matt Cooper,

9    a/k/a "Cranix" and "Cranyx," and Does 1 through 10, doing business as

10    sc2hackdev.org (collectively the "Cranix Defendants"), on the following

11    entitie/individuals: (1) CrowdGather, Inc.; (2) Guarav Singh; (3) Google, Inc.; (4)

12    AppNexus. Inc.; (5) PayPal, Inc.; (6) Microsoft Corp.; and (7) eNom, Inc.;

13    (9)Alchemy Communications. Should Plaintiff fail to learn the identities,

14    whereabouts, or legal status of Defendants from service of these subpoenas,

15    Plaintiff may serve additional subpoenas seeking the same information upon other

16    persons or entities revealed by the limited discovery from the entities described

17    above.

18    DATED: _____    _____

19                                   Hon. Cormac J. Carney
                                     United States District Judge

20

21

22

23

24

25

26

27

28