MARC E. MAYER (SBN 190969)
mem@msk.com
JILL P. RUBIN (SBN 240019)
jpr@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Plaintiff
Blizzard Entertainment, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC. a Delaware Corporation,<br><br>            Blizzard,<br><br>      v.<br><br>MICHAEL VANKUIPERS a/k/a "Perma" or "Permaphrost," an individual; MICHAEL SIMPSON a/k/a Matt Cooper, a/k/a Cranix" and "Cranyx"; JOHN ROE a/k/a "linuxawesome" and DOES 1 through 10, inclusive.<br><br>            Defendants. | CASE NO.  SACV 10-1495 CJC (MLGx)<br><br>The Honorable Cormac J. Carney<br><br>**ORDER ON *EX PARTE* APPLICATION OF BLIZZARD ENTERTAINMENT, INC. FOR LEAVE TO TAKE IMMEDIATE DISCOVERY RE: SERVICE OF DEFENDANTS** |

1  After full consideration of the *Ex Parte* Application Of Blizzard
2  Entertainment, Inc. For Leave To Take Immediate Discovery Re: Service Of
3  Defendants, including the supporting declarations and exhibits thereto, and good
4  cause having been shown therefore,

5  IT IS ORDERED that, as of the date of this Order, Plaintiff may serve,
6  pursuant to Federal Rule of Civil Procedure 45, subpoenas for the production of
7  documents and depositions for the purpose of learning the true identities,
8  whereabouts, and legal status of Defendant Michael Simpson a/k/a Matt Cooper,
9  a/k/a "Cranix" and "Cranyx," and Does 1 through 10, doing business as
10 sc2hackdev.org (collectively the "Cranix Defendants"), on the following
11 entitie/individuals: (1) CrowdGather, Inc.; (2) Guarav Singh; (3) Google, Inc.; (4)
12 AppNexus. Inc.; (5) PayPal, Inc.; (6) Microsoft Corp.; and (7) eNom, Inc.;
13 (9)Alchemy Communications. Should Plaintiff fail to learn the identities,
14 whereabouts, or legal status of Defendants from service of these subpoenas,
15 Plaintiff may serve additional subpoenas seeking the same information upon other
16 persons or entities revealed by the limited discovery from the entities described
17 above.

18 DATED:  December 15, 2010

MARC L. GOLDMAN
UNITED STATES MAGISTRATE
JUDGE

Mitchell
Silberberg &
Knupp LLP

3332985.1

1