MARC E. MAYER (SBN 190969)
mem@msk.com
JILL P. RUBIN (SBN 240019)
jpr@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:  (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Plaintiff
Blizzard Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC. a Delaware Corporation,<br><br>             Blizzard,<br><br>      v.<br><br>MICHAEL VANKUIPERS a/k/a "Perma" or "Permaphrost," an individual; MICHAEL SIMPSON a/k/a Matt Cooper, a/k/a Cranix" and "Cranyx"; JOHN ROE a/k/a "linuxawesome" and DOES 1 through 10, inclusive.<br><br>             Defendants. | CASE NO.   8:CV 10-1495 CJC (MLGx)<br><br>The Honorable Cormac J. Carney<br><br>**[~~PROPOSED~~] CONSENT JUDGMENT** |

Mitchell
Silberberg &
Knupp LLP

3335251.1

Plaintiff Blizzard Entertainment, Inc. ("Blizzard") and Defendant Michael VanKuipers ("Defendant") having entered into a Stipulation for Entry of Judgment and the Court having entered an Order thereon,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Blizzard alleges that Defendant engaged in copyright infringement, inducement to infringe copyrights, contributory copyright infringement, vicarious copyright infringement, breach of contract, and intentional interference with contractual relations.

2. Defendant does not contest his liability for copyright infringement, inducement to infringe copyrights, contributory copyright infringement, vicarious copyright infringement, breach of contract, and intentional interference with contractual relations.

3. Defendant and his agents, employees, representatives, licensees, transferees, and all persons acting in concert or participation with them, at Defendant's direction or control shall, whether in the United States, Canada, or any other country, immediately and permanently cease and desist from:

    A. infringing Blizzard's copyrighted works, including without limitation, the development, sale and/or distribution of software products designed to modify or hack online computer games, including without limitation StarCraft II (the "Hacks") (the Hacks shall include, without limitation, "[Undetected] Perma's Starcraft II Maphack," "Havok,");

    B. inducing or contributing to third party infringements of Blizzard's copyrighted works;

    C. intentionally interfering with Blizzard's contracts with players; and

    D. violating the StarCraft II End User License Agreement and Battle.net Terms of Use.

4. Defendant shall to shut down the Hacks and any colorable copy thereof, hosted at any domain, address, location, or ISP within the jurisdiction of this Court.

5. Defendant shall deliver to Blizzard all copies of materials that infringe or violate any of Blizzard's rights described herein.

6. Defendant shall provide Blizzard with an accounting of any and all sales of products or services that infringe or violate any of Blizzard's rights described herein.

7. Defendant shall destroy all digital files representing any Hacks that are currently in its possession, custody, or control.  Defendant shall provide Blizzard with a sworn statement within five days after the entry of the Consent Judgment certifying its compliance with this provision.

8. Absent the prior written consent of Blizzard or its designee, Defendant shall not publicly release, distribute, sell, transfer or give away, for consideration or otherwise, any software, source code, object code, technology, domain name(s), trademark(s), brand(s), goodwill or any other property of any kind, in whole or in part, which is in any way related to the Hacks, including without limitation, by posting such materials on an internet web page or by offering such materials over any peer-to-peer or file-trading network or any other medium.

9. Any company or entity that Defendant owns or operates in the future shall also comply with the provisions of this Consent Judgment.

10. Defendant irrevocably and fully waives notice of entry of the Consent Judgment and notice and service of the entered Consent Judgment and understands, confirms, and agrees that violation of the Consent Judgment will expose Defendant to all penalties provided by law, including contempt of Court.

11. Defendant irrevocably and fully waives any and all rights to appeal the Consent Judgment, to have it vacated or set aside, to seek or obtain a new trial

thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

12. Nothing contained in the Consent Judgment shall limit the right of Blizzard to seek relief, including without limitation, damages, for any and all infringements by Defendant of the Blizzard's copyrighted works occurring after the date Defendant executes the Stipulation for Entry of Judgment.

13. This Consent Judgment shall be deemed to have been served upon Defendant at the time of its execution by the Court.

14. The Court finds there is no just reason for delay in entering this Consent Judgment and, pursuant to Federal Rule of Civil Procedure 54(a), the Court directs immediate entry of this Consent Judgment against Defendant.

15. The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Judgment.

Dated: April 20, 2011

_____
The Honorable United States District Judge Cormac J. Carney

Submitted by:

DATED: _____, 2011   MITCHELL SILBERBERG & KNUPP LLP
MARC E. MAYER
JILL P. RUBIN


By: /s/ Marc E. Mayer
   Marc E. Mayer
   Attorneys for Plaintiff
   Blizzard Entertainment, Inc.

Mitchell Silberberg & Knupp LLP

3335251.1

3