# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SACV 10-01495-CJC(MLGx)                    Date:  July 22, 2011

Title: <u>BLIZZARD ENTERTAINMENT, INC. v. MICHAEL VANKUIPERS ET AL.</u>

PRESENT:

### <u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>

| <u>Michelle Urie</u> | <u>      N/A      </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                   None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

During the July 11, 2011 hearing on Plaintiff Blizzard Entertainment, Inc.'s ("Blizzard") motion for default judgment, Blizzard's counsel indicated that Blizzard anticipated resolving the case against the remaining Defendant, John Roe a/k/a "linuxawesome," within one week.  The Court has not received any additional information regarding potential settlement.  Blizzard is hereby ordered to show cause on or before July 29, 2011 as to why this case should not be dismissed.

tlh

MINUTES FORM 11
CIVIL-GEN                                   Initials of Deputy Clerk MU