MARC E. MAYER (SBN 190969)
mem@msk.com
JILL P. RUBIN (SBN 240019)
jpr@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

Attorneys for Plaintiff
Blizzard Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC. a Delaware Corporation,<br><br>    Blizzard,<br><br>        v.<br><br>MICHAEL VANKUIPERS a/k/a "Perma" or "Permaphrost," an individual; MICHAEL SIMPSON a/k/a Matt Cooper, a/k/a Cranix" and "Cranyx"; JOHN ROE a/k/a "linuxawesome" and DOES 1 through 10, inclusive.<br><br>    Defendants. | CASE NO.  CV 10-1495 CJC (MCGx)<br><br>The Honorable Cormac J. Carney<br><br>**STATUS REPORT OF PLAINTIFF BLIZZARD ENTERTAINMENT, INC.** |

In accordance with this Court's Order dated August 2, 2011, Plaintiff Blizzard Entertainment, Inc. ("Blizzard") hereby files this status report in order to inform the court of the status of the anticipated settlement between Blizzard and the Roe Defendant (a/k/a Linuxisawesome).

As set forth in Blizzard's response to the Court's Order to Show Cause, on or about July 26, 2011, final, execution copies of settlement documents had been circulated, and Blizzard was awaiting the executed copy of the settlement

documents from the Roe Defendant.  Blizzard received a partially-executed copy of the settlement agreement in early August, and the agreement has now been fully executed by both parties.  Blizzard is now awaiting execution of two related documents, which are part of the settlement and should be provided to Blizzard shortly.  At that time, the settlement will be complete.  Blizzard expects to file a proposed consent judgment with the Court within one week.

DATED: August 16, 2011               MITCHELL SILBERBERG & KNUPP LLP
                                     MARC E. MAYER
                                     JILL P. RUBIN


                                     By: /s/ Marc E. Mayer
                                         Marc E. Mayer
                                         Attorneys for Plaintiff
                                         Blizzard Entertainment, Inc.

Mitchell
Silberberg &
Knupp LLP

4021333.1